Jeremy R. Alberts, Esq.
Nevada Bar No. 010497
jalberts@wwhgd.com
Jonathan J. Winn, Esq.
Nevada Bar No 012896
jwinn@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada  89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant
Data Momma, LLC d/b/a PCIHIPAA*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LONNIE WILLIAMS, and individual,<br><br>                          Plaintiff,<br><br>vs.<br><br>DATA MOMMA, LLC, d/b/a PCIHIPAA, a Delaware Corporation; DOES 1-10 and ROE ENTITIES 1-10, inclusive.<br><br>                          Defendants. | Case No.  2:22-cv-00700-APG-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE ANSWER TO COMPLAINT (ECF NO. 1)**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff Lonnie Williams ("Mr. Williams") and Defendant Data Momma, LLC d/b/a PCIHIPAA ("Defendant") hereby STIPULATE to extend the time for Defendant to file its answer in response to Mr. Williams' Complaint (ECF No. 1).  If approved, the parties have agreed to an approximate 36-day extension of time for the Defendant to file its answer, which would now be due on September 14, 2022.  This is the first stipulation seeking to extend the subject deadline.

Defendant submits good cause exists to approve the requested stipulation as counsel for Defendant was only recently retained and no prejudice will be caused by this extension to Plaintiff.  The Defendant further submits the requested extension of time is not interposed for

1  purposes of delay.

2  Respectfully submitted,

3

4  DATED this 9th day of August, 2022.

*/s/ Jonathan J. Winn*
Jeremy R. Alberts, Esq.
Jonathan J. Winn, Esq.
W<small>EINBERG</small>, W<small>HEELER</small>, H<small>UDGINS</small>,
   G<small>UNN</small> & D<small>IAL</small>, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118

*Attorneys for Defendant Data Momma, LLC dba PCIHIPAA*

*/s/ F. Travis Buchanan (with permission)*
F. Travis Buchanan, Esq.
F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC
701 E. Bridger Ave, Suite 540
Las Vegas, NV 89101

*Attorneys for Plaintiff Lonnie Williams*

**IT IS SO ORDERED.**

BY _____
United States Magistrate Judge

DATED: August 10, 2022

Page 2 of 3



## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on the 9th day of August, 2022, I served a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE ANSWER TO COMPLAINT (ECF NO. 1) (FIRST REQUEST)** by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

F. Travis Buchanan, Esq.
F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC
701 East Bridger Ave., Suite 540
Las Vegas, Nevada 89101
travis@ftblawlv.com

***Attorneys for Plaintiff Lonnie Williams***

                                            */s/ Kelly L. Pierce*
                                            An employee of WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC