Jeremy R. Alberts, Esq.
Nevada Bar No. 010497
jalberts@wwhgd.com
Jonathan J. Winn, Esq.
Nevada Bar No 012896
jwinn@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant
Data Momma, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LONNIE WILLIAMS, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>DATA MOMMA, LLC, d/b/a PCIHIPAA, a Delaware Corporation; DOES 1-10 and ROE ENTITIES 1-10, inclusive.<br><br>Defendants. | Case No. 2:22-cv-00700-APG-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Lonnie Williams and Defendant Data Momma, LLC d/b/a PCIHIPAA, though their respective counsel of record, hereby stipulate that the above-captioned action may be dismissed with prejudice with each party to bear its own attorney's fees and costs. Once the Court enters the proposed Order, this matter may be closed

1  and all hearing dates or other deadlines in the discovery plan and scheduling order vacated.

2  DATED this 1st day of June, 2023

/s/ Jeremy R. Alberts
Jeremy R. Alberts, Esq.
Jonathan J. Winn, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118

*Attorneys for Defendant Data Momma, LLC*

/s/ Travis Buchanan
F. Travis Buchanan, Esq.
F. TRAVIS BUCHANAN & ASSOCIATES, PLLC
701 E. Bridger, Ste. 540
Las Vegas, NV 89101

*Attorney for Plaintiff Lonnie Williams*

**IT IS SO ORDERED.**

DATED: June 13, 2023

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
2:22-cv-00700-APG-BNW
Williams v. Data Momma, LLC